## ESTATE AND GUARDIANSHIP OF MARION MEYER.

No. 6953—May, 1878.

HUSBAND'S LIABILITY FOR WIFE'S SUPPORT.

It is the husband's primary duty to support his insane wife, notwithstanding the fact that she has abundant estate of her own. It is only when the husband is unable to support his wife that resort can be had for her maintenance to her separate estate.

Construing section, O. C., 174.

*George & Loughborough,* for the husband.

The wife is and has been for years an inmate of an insane ayslum in England. She has a large estate as her separate estate; the husband also is wealthy. The husband has advanced money for her support, furnishing her with carriage, horses, nurses, and comforts and elegancies. He has a state-

ment of moneys advanced, amounting to more than $2,000, and asks that the guardians be ordered to refund to him the amount out of her estate.

By the COURT: It is the duty of the husband to maintain the wife, whether she be sane or insane; and while he has the ability so to do, resort cannot be had to her estate.

The application is denied.